_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 09, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.   14-10694-ABL |
| HAYDEE M. JORGE, | Chapter 7 |
| Debtor. | |
| SUSHIL PRABAKARAN, | Adv. Proc. No. 14-01080-ABL |
| Plaintiff, | |
| vs. | |
| HAYDEE M. JORGE, | Hearing Date: February 6, 2015 |
| Defendant. | Hearing Time: 10:30 a.m. |

**ORDER REGARDING MOTION TO DISMISS WITH PREJUDICE**

On February 6, 2015, the Court issued its oral ruling regarding the Motion to Dismiss With Prejudice ("Motion") filed by Defendant Haydee M. Jorge. ECF No. 60.[1] Nadin J. Cutter appeared on behalf of Plaintiff Sushil Prabakaran and Calvin Y. Shin appeared on behalf of Defendant.

To the extent that the Court made findings of fact and conclusions of law on the record at February 6, 2015 hearing, those findings of fact and conclusions of law are incorporated into

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the Clerk of the Court.

1

this Order by this reference pursuant to FED. R. CIV. P. 52(a)(1), made applicable to this proceeding pursuant to FED. R. BANKR. P. 7052.

Based upon the record before the Court, and for the reasons stated on the record at the February 6, 2015 hearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint Objecting to Dischargeability of Indebtedness (11 U.S.C. § 523) (the "Complaint") (ECF No. 1) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the dismissal of the Complaint is without prejudice to Plaintiff filing an amended complaint within 14 days of entry of this Order.

**IT IS FURTHER ORDERED** that if no amended complaint is filed by Plaintiff within 14 days of entry of this Order, judgment will be entered dismissing this adversary proceeding without further notice or an opportunity for hearing.

Notice and copies sent through:

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

###

2